UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | | |
|---|---|---|
| WESLEY DAY, | ) | |
|       Petitioner, | ) | |
| | ) | **JUDGMENT IN A CVIIL CASE** |
|   v. | ) | **CASE NO. 5:17-HC-2038-BO** |
| | ) | |
| JUSTIN ANDREWS, | ) | |
|       Respondent. | ) | |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** the court DISMISSES without prejudice petitioner's petition [D.E. 1] for lack of subject matter jurisdiction. A certificate of appealability is DENIED.4 The clerk is DIRECTED to close this case.

**This Judgment Filed and Entered on December 27, 2017, and Copies to:**

Wesley Day (via US Mail to #56255-056, Butner Medium II – F.C.I., P.O. Box 1500, Butner, NC 27509)

DATE

December 27, 2017

PETER A. MOORE JR., CLERK

_Susan K. Edwards_

(By) Susan K. Edwards, Deputy Clerk